NO. 07-10-0234-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JULY 13, 2010

In re JOHNNY LEE REY, Relator

*Memorandum Opinion*

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Pending before the court is the petition of Johnny Lee Rey for a writ of mandamus. Rey asks that we direct the Honorable Ana Estevez, District Judge, 251st Judicial District, to act upon a pending motion and to void an "Order to Withdraw Inmate Funds" (Order to Withdraw). We deny the petition.

The motion in question involved Rey's effort to have the trial court vacate the aforementioned Order to Withdraw. The trial court acted upon that motion by denying it on June 25, 2010. A true and correct copy of that order is attached to this opinion as exhibit A. Thus, the portion of Rey's petition asking us to direct the trial court to act upon his motion is now moot.

To the extent that the trial court issued the Order to Withdraw and now denied Rey's motion to strike or otherwise vacate it, the appropriate avenue for relief available to him is via appeal. *Harrel v. State*, 286 S.W.3d 315, 321 (Tex. 2009). Since the

Texas Supreme Court has so held, he has an adequate remedy of law and, therefore, is not entitled to relief via mandamus.

The petition for writ of mandamus is denied.

Per Curiam

F I L E D

JUL 02 2010

SEVENTH COURT OF APPEALS
PEGGY CULP, CLERK

POSTED

CAUSE NO. 6989-C

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 251ST DISTRICT COURT |
| | § | |
| VS. | § | OF |
| | § | |
| JOHNNY LEE REY | § | RANDALL COUNTY, TEXAS |

## ORDER

On June 25, 2010 the court heard *Defendant Rey's Motion to Strike / Withdraw Void Order to Withdraw Inmate Funds Dated February 23, 2010.* Movant, Johnny Lee Rey, appeared pro se via telephone. The State of Texas appeared through Assistant Criminal District Attorney Richard Gore. Both sides were given opportunity to present evidence and argument. Upon considering the evidence and argument of the parties, and reviewing the pleadings, the court concludes that the motion should be denied.

It is therefore ordered that *Defendant Rey's Motion to Strike / Withdraw Void Order to Withdraw Inmate Funds Dated February 23, 2010* be, and hereby is, in all things denied.

SIGNED this 25th day of June, 2010.

JUDGE PRESIDING

A CERTIFIED COPY
ATTEST: June 30 2010
JO CARTER
District Clerk, Randall County, Texas
_____ Deputy

FILED

2010 JUN 25 PM 2: 28

JO CARTER, DISTRICT CLERK
RANDALL COUNTY, TEXAS
_____ DEPUTY

3